(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Harry J Collins   156625
   (Name of Plaintiff)      (Inmate Number)

Po Box 9561 Wilm De 19809
     (Complete Address with zip code)

(2)_____
   (Name of Plaintiff)      (Inmate Number)

_____
     (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

(1) Rapheal William
(2) Linda Hunter
(3) Diana Baker & Drg Diroscier
     (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

0 5 - 9 1 9

          (Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested

**FILED**

DEC 29 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Yes   Judge Robbison   05-624-SVR   2005
_____
_____
_____
_____
_____

Defendants

Lt Ryder, PO Box 9561 Wilm De 19809

Captain McMillan PO Box Wilm De 19809

## II.     EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.     Is there a prisoner grievance procedure available at your present institution?     • Yes     • •No

B.     Have you fully exhausted your available administrative remedies regarding each of your present claims?     •• Yes    • •No

C.     If your answer to "B" is Yes:

1.     What steps did you take? Regural Grievance , And medical Greivance Center for Justis

2.     What was the result? Couldn't Solve any thing at this time ok times pass , Still having problems even with new Administrater

D.     If your answer to "B" is No, explain why not: _____

_____

## III.     DEFENDANTS (in order listed on the caption)

(1)     Name of first defendant: Diana Baker

    Employed as Medical Administraiter at Ganter Hill Prison

    Mailing address with zip code: PO Box 9561 wilm De 19809

(2)     Name of second defendant: Doctor Dipseier

    Employed as Doctor at Ganter Hill Prison

    Mailing address with zip code: PO Box 9561 wilm De 19809

(3)     Name of third defendant: Ralpheal William)

    Employed as Warden at Ganter Hill Prison

    Mailing address with zip code: PO Box 9561 wilm De 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. WAS Chocked by ht Ryder, do to improper treatment, Conceaving sleeping on the floor on a peace of foam

2. New medical administrater, refosing to answer medical adgrievace prosess, or accepting any responcibility for the abuse that I went through, And am still going throxh

3. Doctor Derosejor for making Call A Call as to me Sleeping on the floor or a bottem bunk, she said it WAS allright for me to sleep on the floor in My Condishien

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. haff to the Coorts discrashion

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Monday_ day of _26_____, 2 _00 6_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



UNITED STATES POSTAGE

$ 04.65⁰
PITNEY BOWES
02 1A
0004607433   DEC 27 2005
MAILED FROM ZIP CODE 19802



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7003 1010 0001 5329 3304

Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilm. De 19801-3570



Harry TEdWins 156625
Po box 9561 Wilm De
19809