IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY T. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-919-SLR |
| | ) | |
| RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

WHEREAS, plaintiff Harry T. Collins filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on January 13, 2006, the court entered an order requiring plaintiff to submit, within 30 days from the date the order was sent, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, to date, the required documents have not been received from plaintiff;

THEREFORE, at Wilmington this 2d day of March, 2006, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT

PREJUDICE.  Plaintiff is not required to pay the $250.00 filing fee.

                                     _____
                                     UNITED STATES DISTRICT JUDGE