Dear Judge Robinson      Civil # 05-919-SLR

Hi My name is Harry T Collins 106605 and I'm sure you know my case by now.

Well I'm down here in C,V.O.P, in Symrna and I had just seen this doctor down here.

I told her about the law suite that I have against C,M,S and she refuse to see me, my blood pressure has gone sk. hi in the last two weeks, but it has probley been high long before that because they never check it in Gander Hill.

It's running about 110 over 150, I'll witch could very well cause a Stroke and my pulse is around 130.

I've had pains in my stomach for over 7 months and they took out my gall bladder in January, but the pains are still there, I had seen one specealest who told me before I got my gall bladder out that he thought it was some thing else and wanted to do a cat scan, but C,m,s never took me out to get one.

My uncle just died of Stomach Cancer, so you can see my concern here, and now I was just refuse care by a doctor here.

I see that things aren't getting any better and I really need medical attention, but not from here, as I have expphin in this letter, there not taken care of me.

I'm also having heart pains and have been for some time now. I know why guys have heart attacks in here and never live to see the streets again.

I put in a lot of Habeus Corpus with my sentencing Judge

Jan Jordan, pre aton [illegible], Im going right to the hospitat and find out what's wrong with me

I can't believe that this Doctor refuse to see me as soon as she found out I had a law suit pending in court. Something really has to give, here your honor, on my rit I ash the judge why she would sentence me to a work program knowing that I can't work, and from what Im told if the judge dosen't grant my rit I'd been in C. VOP for rest of my time, witch is 6 month from now –

Sincerly Yours
Hervy T Collins
156625
Civ No 05-919-SLR



FILED
JUN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Harry T Collins
SBI# 156626   UNIT 2
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
RETURN FOR POSTAGE
[postmark] 2006 PM 3 L

U.S.M.S.
PAY

Honorable Judge Robinson
United States District Court
844 N. King Street Lockbox 18
Wilmington DL 19801-3070

Legal Mail

19801/35070